**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:18CR17 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| JOSHUA C. LEAVELL(1) and CABEL D. LEAVELL(2) | : | |
| | : | |
| Defendants. | | |

## ORDER STRIKING DOC. 35

Good cause having been shown, it is hereby **ORDERED** that the Government's Motion to Strike filed on April 3, 2019 is granted.

SO ORDERED:

April 3, 2019         *s/Thomas M. Rose
                     _____
                     THOMAS M. ROSE
                     UNITED STATES DISTRICT JUDGE