IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff                                    Case No. 3:18-cr-0017

    -vs-

JOSHUA LEAVELL                            Judge Thomas M. Rose

    Defendant

---

ENTRY AND ORDER DENYING DEFENDANT'S PRO SE MOTION
FOR APPOINTMENT OF COUNSEL TO FILE A MOTION FOR COMPASSIONATE
RELEASE (DOC. 38)

---

       This matter comes before the Court pursuant to a letter, which the Court considers a pro se Motion for appointment of counsel to file a Motion for compassionate release under 18 U.S.C. §3582(c)(1)(A) (Doc. 38).

       In said Motion Defendant offers no argument as to why counsel is necessary except that he is a prisoner and unable to afford one.

       Further Defendant offers absolutely no argument or evidence of any existing medical issues upon which there could be a finding of "extraordinary or compelling reasons" by this Court.

       There is no general constitutional right to appointed counsel in post-conviction proceedings under 18 U.S.C. § 3582(c)(2). To be sure, the Court has discretion to appoint counsel if the interest of justice so require. See generally, 18 U.S.C. §3006 A (providing interests of justice standard for appointment of counsel in similar post-conviction proceedings). Given that Mr. Leavell has not provided any evidence or argument of any stated medical issues, appointment of counsel is not appropriate at this time. Said Motion is DENIED.

IT IS SO ORDERED.

July 7, 2020  \*/Thomas M. Rose

                                                Thomas M. Rose, Judge
                                            United States District Court